[No. 15642–0–I.   Division One.   April 14, 1986.]

THE STATE OF WASHINGTON, *Appellant,* v. JEFFREY BELL, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 84–1–00186–3, Jack S. Kurtz, J., entered November 5, 1984. *Reversed* and *remanded* by unpublished opinion per Coleman, J., concurred in by Webster, J., and Johnsen, J. Pro Tem.

[No. 7186–0–II.   Division Two.   April 14, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN J. ETHERIDGE, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. C–872, Leonard W. Kruse, J., entered July 22, 1983. *Dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Petrich, J.

[No. 8063–0–II.   Division Two.   April 14, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ROGER TATUM, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 84–1–00043–8, Alan R. Hallowell, J., entered May 25, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Petrich, J.